UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22 CR 648-003 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| TROY BAKER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by former United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Troy Baker, which was referred to the Magistrate Judge with the consent of the parties.

On November 17, 2022 the government filed a 4 count Indictment, multi-defendant case charging Defendant Troy Baker in count 4 with, Possession of Stolen Firearm, in violation of Title 18 U.S.C. §§ 922(j) and 924(a)(2). On October 10, 2023, Magistrate Judge Grimes held an arraignment, during which Mr. Baker entered a plea of not guilty to the charge. On March 13, 2024 Magistrate Judge Parker received Defendant's plea of guilty to count 4 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Baker is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Troy Baker is adjudged guilty to count 4 of the Indictment, in violation of Title 18 U.S.C. §§ 922(j) and 924(a)(2). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on July 8, 2024 at 2:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 24, 2024